## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BUD PEARMAN, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  CIV-07-0589-F |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying, in part, plaintiff's application for disability insurance benefits under the Social Security Act.

Magistrate Judge Bana Roberts issued a Report and Recommendation on March 11, 2008 (doc. no. 26), recommending that the Commissioner's decision be reversed and that the matter be remanded to the Commissioner for further proceedings.  In her Report, the magistrate judge advised the parties of their right to object to the Report and Recommendation by March 31, 2008, and of the fact that failure to make timely objection to the Report waives the right to appellate review of the factual and legal issues contained in the Report.  Neither party has filed an objection to the Report, and neither party has requested an extension of time within which to file any objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be

served by setting out any further analysis here and that the Report should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of Magistrate Judge Roberts as stated in her Report and Recommendation.  This matter is hereby **REVERSED** and **REMANDED** for further proceedings consistent with the Report.

Dated this 2nd day of April, 2008.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

07-0589p002.wpd